

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

December 1, 2014

**VIA ECF**

Honorable Leonard D. Wexler
100 Federal Plaza
P.O. Box 9014
Central Islip, NY  11722-9014

      Re:  *Ramos v. Gutman Mintz Baker & Sonnenfeldt P.C.*
           14-cv-04643 (LDW) (AKT)

Your Honor:

    The law firm of Rivkin Radler LLP represents Defendants Gutman, Mintz, Baker & Sonnenfeldt, P.C. and Eric Justin Keilbach, ("Defendants"), in the above entitled action. Pursuant to Your Honor's Order, dated November 25, 2014, the parties jointly submit the following proposed briefing schedule in connection with Defendants' motion to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6):

    Defendants' motion to be served: on or before January 15, 2015;
    Plaintiff's opposing papers to be served: on or before February 16, 2015;
    Defendants' reply to served (and all papers to be filed pursuant to Your Honor's Individual Rules): on or before March 2, 2015.

    We thank the Court for its time and attention to this matter.

                                    Very truly yours,

                                    RIVKIN RADLER LLP

                                        /s/
                                  Kenneth A. Novikoff

cc: Shimshon Wexler (*via* ECF)
KAN/sme

3084717 v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-2021
T 201.287.2460  F 201.489.0495