

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

March 31, 2015

**VIA ECF**

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

     Re:  *Ramos v. Gutman, Mintz, Baker & Sonnenfeldt, et al.*
           *14-cv-04643 (LDW) (AKT)*

Your Honor:

    This firm represents Gutman, Mintz, Baker & Sonnenfeldt P.C., and Eric Justin Keilbach, (collectively "Defendants") in the above referenced matter.

    Pursuant to Your Honor's Case Management and Scheduling Order, the parties jointly submit this letter to advise the Court as to the status of discovery. As of now, discovery is proceeding on schedule and there are no pending disputes requiring Court intervention. Both parties are conducting good faith searches for all responsive documents, and we anticipate that supplemental responses to document demands will be served by both parties. That being said, Plaintiff and Defendants reserve the right to re-evaluate the existence of any pending discovery disputes upon receipt of supplemental responses.

    Accordingly, the parties respectfully request that the telephone conference scheduled before this Honorable Court on April 6, 2015, be cancelled.

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495



March 31, 2015
Page 2

Respectfully submitted,

The Law Offices of Shimshon Wexler

Rivkin Radler, LLP

_____/s/_____

_____/s/_____

Shimshon Wexler
Attorney for Plaintiff
216 West 104th Street St. 129
New York, New York 10025

Kenneth A. Novikoff
Attorneys for Defendants
926 RXR Plaza
Uniondale, New York 11556

3152881 v1