

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

May 12, 2015

**VIA ECF**

Honorable Magistrate Anne Y. Shields
100 Federal Plaza
P.O. Box 9014
Central Islip, NY  11722-9014

    Re:  *Ramos v. Gutman, Mintz, Baker & Sonnenfeldt, et al.*
            *14-cv-04643 (LDW) (AYS)*

Your Honor:

    Rivkin Radler LLP represents Gutman, Mintz, Baker & Sonnenfeldt P.C., and Eric Justin Keilbach, (collectively "Defendants"), in the above referenced matter. Pursuant to Your Honor's Order, dated May 4, 2015, the parties jointly submit this letter identifying any pending motions in connection with this action.

    Defendants filed a motion to dismiss Plaintiff's Amended Complaint, which alleges claims brought under the Fair Debt Collections Practices Act, ("FDCPA"), pursuant to Federal Rules of Civil Procedure 12(b)(6). The motion was fully briefed on March 2, 2015.  The motion was not referred to, or was otherwise within the jurisdiction of the prior assigned Magistrate Judge.

    On November 18, 2014, Honorable Magistrate Tomlinson stayed class discovery and party depositions in this action, Docket Entry 18, and further directed that the parties contact the Court in the event Honorable Wexler denies Defendants' motion, in whole or in part. Docket Entry, dated April 1, 2015.

                              Very truly yours,

                              RIVKIN RADLER LLP

                                   /s/
                            Kenneth A. Novikoff

cc: Shimshon Wexler (*via* ECF)
KAN/sme

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495